IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JILL W. KENNEDY, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV411-314
 )
EFFINGHAM COUNTY HOSPITAL, )
VICTORIA LITTLE, and SHARON )
H. MORGAN, )
 )
    Defendants. )
 )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 40), to which objections have been filed (Doc. 42). After a careful de novo review of the record, the Court finds Plaintiff's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Defendants' motion to dismiss (Doc. 21) is **GRANTED**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 9th day of May 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, any pending motions are **DISMISSED AS MOOT**.